**FILED**

AUG 2 6 2021

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

VANCE DOTSON                              )
    Plaintiff,                           )
                                          )
v.                                        ) Case No. 5:21-cv-00725-HE
                                          )
ALLTRAN FINANCIAL, LP.,                   )
    Defendant.                           )
                                          )
                                          )

### NOTICE OF SETTLEMENT

Plaintiff, Vance Dotson, pursuant to Rule 41(a)(1)(A)(i), hereby dismisses with prejudice all claims and causes of action asserted against defendant, Alltran Financial, LP, in the above numbered and captioned action, with each party to bear its own costs.

Dated: August 26, 2021

*/s/ Vance Dotson*
Vance Dotson
1709 Albany Ave
Oklahoma City, OK 73111
Telephone: (405) 406-7323
Email: vancedotson@yahoo.com